THOMAS W. RALPH, Administrator of STEPHEN GREEN, decd, *v.* ELISHA PENNEL.

"Action of debt on record. Demand $5.30," is not a sufficient statement of the cause of action on the docket in a suit before a justice of the peace.

CERTIORARI. The record was, "Action of debt on record. Demand $5.30. Summons issued," &c. The exception was that the cause of action was not sufficiently stated, as it did not appear what or where the record referred to was or whether the debt demanded was on a judgment, a recognizance, or a mortgage.

*The Court* reversed the judgment.